DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALYSSA RENEE CHRISTINA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2787

[August 29, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 50-2023-CF-003464-AXXX-MB.

Carey Haughwout, Public Defender, and Benjamin Hunter Eisenberg, Assistant Public Defender, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***